■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN CARTER, Appellant.—Appeal by the defendant from a

judgment of the Supreme Court, Kings County (Fisher, J.), rendered March 9, 1987.

Ordered that the judgment is affirmed, for the reasons stated by Justice Fisher in *People v Carter* (134 Misc 2d 878; *see also, People v Anderson,* 140 AD2d 528). Mollen, P. J., Brown, Rubin and Sullivan, JJ., concur.